MM-T



**RECEIVED**

SEP 0 9 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*VANCE ESTES*
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.                    Case No: *14 CV 1374*
                       (To be supplied by the <u>Clerk of this Court</u>)

1) *OFFICER BRIAN MCENERNEY*          *HON. JUDGE DARRAH*

2) *OFFICER HERMAN OTERO*             *MAG. JUDGE MASON*

3) *OFFICER SEAN MCDERMOTT*

4) *OFFICER MARTIN MCDONNELL*

5) *OFFICER MATTHEW KENNEDY*          7) *OFFICER ANGELO NEW*

6) *OFFICER KEVIN OMARA*              8) *SUPERINTENDENT GARRY MCCARTHY*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

_____          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
                 **U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
                 **28 SECTION 1331 U.S. Code** (federal defendants)

__X__            **OTHER** (cite statute, if known)   1) *42 U.S.C. §1983- CIVIL RIGHTS VIOLATIONS*
                                                       2) *42 U.S.C. §1985 §1986-CIVIL RIGHTS CONSPIRACY*

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

3) *18 U.S.C. §1964- CIVIL RICO*      6) *DEFAMATION OF CHARACTER- TORT*

4) *ASSAULT AND BATTERY-TORT*         7) *INTENTIONAL INFLICTION OF*

5) *GROSS NEGLIGENCE*          ▮          *EMOTIONAL DISTRESS- TORT*

*PAGE 2 OF 38*

I. **Plaintiff(s):**

    A.    Name: *VANCE ESTES*

    B.    List all aliases: *N/A*

    C.    Prisoner identification number: *20130902080*

    D.    Place of present confinement: *COOK COUNTY DEPT. OF CORRECTIONS*

    E.    Address: *2700 S. CALIFORNIA AVE., CHICAGO, IL. 60608*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: *OFFICER BRIAN McENERNEY - BADGE #5830*

        Title: *CHICAGO POLICE DEPARTMENT OFFICER*

        Place of Employment: *6th DISTRICT CHICAGO POLICE PRECINCT*

    B.    Defendant: *OFFICER HERMAN OTERO - BADGE #11698*

        Title: *CHICAGO POLICE DEPARTMENT OFFICER*

        Place of Employment: *6th DISTRICT CHICAGO POLICE PRECINCT*

    C.    Defendant: *OFFICER SEAN McDERMOTT - BADGE #6435*

        Title: *CHICAGO POLICE DEPARTMENT OFFICER*

        Place of Employment: *6th DISTRICT CHICAGO POLICE PRECINCT*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

PAGE 3 OF 38

II. DEFENDANT(S). (CONTINUED)

D. DEFENDANT: OFFICER MARTIN McDONNELL - BADGE #3306
TITLE: CHICAGO POLICE DEPARTMENT OFFICER
PLACE OF EMPLOYMENT: 6TH DISTRICT CHICAGO POLICE PRECINCT

E. DEFENDANT: OFFICER MATTHEW KENNEDY - BADGE #5409
TITLE: CHICAGO POLICE DEPARTMENT OFFICER
PLACE OF EMPLOYMENT: 6TH DISTRICT CHICAGO POLICE PRECINCT

F. DEFENDANT: OFFICER KEVIN OMARA - BADGE #4084
TITLE: CHICAGO POLICE DEPARTMENT OFFICER
PLACE OF EMPLOYMENT: 6TH DISTRICT CHICAGO POLICE PRECINCT

G. DEFENDANT: OFFICER ANGELO NEW - BADGE #16819
TITLE: CHICAGO POLICE DEPARTMENT OFFICER
PLACE OF EMPLOYMENT: 6TH DISTRICT CHICAGO POLICE PRECINCT

H. DEFENDANT: SUPERINTENDENT GARRY McCARTHY
TITLE: SUPERINTENDENT OF CHICAGO POLICE
PLACE OF EMPLOYMENT: CHICAGO POLICE DEPT. HEADQUARTERS

5

Revised 9/2007

III.     **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.     Name of case and docket number: *ESTES v. CITY OF CHICAGO, et al.*
*2007CV04416*

B.     Approximate date of filing lawsuit: *8/16/2007*

C.     List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D.     List all defendants: *CITY OF CHICAGO, CHICAGO POLICE OFFICER(S) DORAU.*

E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F.     Name of judge to whom case was assigned: *N/A (DO NOT RECALL)*

G.     Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *SETTLED IN FAVOR OF PLAINTIFF*

I.     Approximate date of disposition: *8/19/2009*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: *ESTES V. HERRERA, ETAL.*
    *2007 CV05386*

B.  Approximate date of filing lawsuit: *9/24/2007*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
    *VANCE ESTES, CHANTYCE Allen*

D.  List all defendants: *P.O. HERRERA, CITY OF CHICAGO, ETC*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F.  Name of judge to whom case was assigned: *JAMES B. ZAGEL*

G.  Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *SETTLED IN FAVOR OF PLAINTIFFS*

I.  Approximate date of disposition: *7/20/2012*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *TAYLOR, ETAL, V. SHERIFF OF COOK COUNTY, ETAL.   2007 CV 06292*

B. Approximate date of filing lawsuit: *11/6/2007*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *TAYLOR, ESTES, ETAL. (CLASS ACTION)*

D. List all defendants: *SHERIFF OF COOK COUNTY, ETAL., (DO NOT RECALL)*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: *N/A (DO NOT RECALL)*

G. Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *SETTLED IN FAVOR OF PLAINTIFF'S*

I. Approximate date of disposition: *12/19/2007*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Johnson, etal. v. City of Harvey, The etal. 2008CV00713_

B. Approximate date of filing lawsuit: _2/1/2008_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Dexter Johnson, Vance Estes_

D. List all defendants: _City of Harvey, The Harvey Police Dept. etal._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Illinois_

F. Name of judge to whom case was assigned: _N/A (Do not recall)_

G. Basic claim made: _Civil Rights Violations_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled in favor of plaintiff's_

I. Approximate date of disposition: _1/20/2011_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: *ESTES V. DART, ETAL.*
    *2014CV01276*

B.  Approximate date of filing lawsuit: *2/20/2014*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D.  List all defendants: *THOMAS DART, COOK COUNTY DEPT. OF CORRECTIONS*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F.  Name of judge to whom case was assigned: *ROBERT W. GETTLEMAN*

G.  Basic claim made: *CIVIL RIGHTS VIOLATIONS/VIOLATIONS OF CONFINEMENT.*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *STILL PENDING*

I.  Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *ESTES V. LOPEZ, etm.* *2014 CV 01320*

B. Approximate date of filing lawsuit: *2/21/2014*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D. List all defendants: *P.O. LOPEZ, etal.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: 

G. Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *STILL PENDING*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *ESTES V. MCENERNEY, ETAL.* *2014CV01374*

B. Approximate date of filing lawsuit: *2/25/2014*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D. List all defendants: *P.O. MCENERNEY, MCCARTHY, OTERO, MCDERMOTT, MCDOWNELL, OMAHA, NEW, KENNEDY*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: *JOHN W. DARRAH*

G. Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *STILL PENDING*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _ESTES V. DART_
_2014 CV02327_

B. Approximate date of filing lawsuit: _3/31/2014_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_VANCE ESTES_

D. List all defendants: _THOMAS DART_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT OF ILLINOIS_

F. Name of judge to whom case was assigned: _JUDGE COLEMAN_

G. Basic claim made: _CIVIL RIGHTS VIOLATIONS/VIOLATIONS OF CONFINEMENT_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _STILL PENDING_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *VANCE ESTES V. THOMAS J. DART, ETAL. 14CV03449*

B. Approximate date of filing lawsuit: *5/12/14*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D. List all defendants: *THOMAS J. DART, CONNIE MENNELLA, etal*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: *SHARON JOHNSON COLEMAN*

G. Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *STILL PENDING*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *VANCE ESTES V. CAMILLE CALABRESE, ETAL.  14 CV. 3515*

B. Approximate date of filing lawsuit: *5/13/14*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *VANCE ESTES*

D. List all defendants: *CAMILLE CALABRESE, COOK COUNTY PUBLIC DEFENDERS OFFICE*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NORTHERN DISTRICT OF ILLINOIS*

F. Name of judge to whom case was assigned: *JUDGE PALLMEYER*

G. Basic claim made: *CIVIL RIGHTS VIOLATIONS*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *CASE DISMISSED*

I. Approximate date of disposition: *N/A*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

## INTRODUCTION

This is a civil rights action filed by Vance Estes, a Pretrial detainee, for damages and injunctive relief for civil rights violations under 42 U.S.C. §1983 committed against him, violations under 42 U.S.C. § 1985 and §1986 for civil rights conspiracy, 18 U.S.C.S. §1964 civil RICO, as well as various other interrelated torts that the Defendants in this herein complaint are liable for committed against the Plaintiff.

## JURISDICTION

1.) The Court has jurisdiction over the Plaintiff's claims of violations of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343.

2.) The Court has supplemental jurisdiction over the Plaintiff's state law tort claims under 28 U.S.C. §1367.

## PARTIES

3.) The Plaintiff, Vance Estes, is currently a pretrial detainee at the time of this filing at Cook County Dept. of Corrections. /

4.) The Defendants, Brian McEnerney, Herman Otero,

Revised 9/2007

IV.    **Statement of Claim:** *(CONTINUED)*

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEAN MCDERMOTT, MARTIN MCDONNELL, MATTHEW KENNEDY, KEVIN OMARA, AND ANGELO NEW, ARE POLICE OFFICERS EMPLOYED AT CHICAGO POLICE DEPT. 6th DISTRICT PRECINCT. THEY ARE ALL SUED IN THEIR INDIVIDUAL CAPACITIES.

5.) THE DEFENDANT, GARRY MCCARTHY IS THE SUPERINTENDENT IN CHARGE OF THE SUPERVISION AND DISCIPLINE OF CHICAGO POLICE DEPT. OFFICERS. HE IS SUED IN HIS INDIVIDUAL CAPACITY.

## FACTS

6.) ALL THE DEFENDANTS HAVED ACTED, AND CONTINUE TO ACT, UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT.

7.) THE PLAINTIFF WAS HOSPITALIZED AS A RESULT OF THE DEFENDANTS BRUTAL ACTIONS THE NIGHT OF SEPT. 1, 2013.

8.) THE PLAINTIFF'S VEHICLE, AND PERSONAL PROPERTY INSIDE VEHICLE WAS SEIZED AFTER BEING ARRESTED AS A RESULT OF THE DEFENDANTS ACTIONS.

9.) THE PLAINTIFF'S HAS A PAST NEXUS WITH MOST OR ALL OF THE DEFENDANTS FROM PREVIOUS CIVIL AND CRIMINAL LITIGATION

**IV.  Statement of Claim:** *(CONTINUED)*

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

INSTANCES.

10.) THE PLAINTIFF HAS EXHAUSTED ALL MADE AVAILABLE TO HIM ADMINISTRATIVE AND LEGAL REMEDIES PREVIOUSLY AND DURING WITH RESPECT TO ALL CLAIMS AND DEFENDANTS.

### BRIEF SUMMARY OF COMPLAINT

• ON THE EVENING OF SEPT. 1, 2013, THE PLAINTIFF, VANCE ESTES, WAS SITTING IN THE DRIVERS SEAT IN HIS PARKED VEHICLE, A BLUE BMW CONVERTIBLE, AT THE END OF THE 9600 BLOCK OF SOUTH HARVARD STREET IN CHICAGO, ILLINOIS AWAITING A CAR WASH BY A LOCAL NEIGHBOR TO MR. ESTES, WHEN A DARK COLORED UNMARKED POLICE UNIT VEHICLE RAPIDLY PULLED IN FRONT OF THE PLAINTIFF'S VEHICLE COMING FROM THE OPPOSITE DIRECTION OF THE ONE-WAY STREET. THREE MALE PLAIN CLOTHES POLICE OFFICERS PROCEEDED TO EXIT THAT VEHICLE AND APPROACH MR. ESTES ON BOTH SIDES OF HIS VEHICLE, AND THE FIRST OFFICER (OTERO) TO PLAINTIFF'S DRIVERS SIDE WINDOW REACHED THRU THE OPEN ROLLED DOWN WINDOW AND PUNCHED HIM WITH CLOSED FISTS TO THE LEFT BACK SIDE OF HIS HEAD AND GRABBED HIM FORCEFULLY AT THE FRONT OF HIS SHIRT, THE SECOND

Revised 9/2007

**IV.** **Statement of Claim:** (*CONTINUED*)

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

OFFICER (MCDONNELL) ON THE PASSENGER SIDE OF THE ROLLED DOWN WINDOW QUICKLY PRODUCED A GUN IN HIS RIGHT HAND AND STRUCK MR. ESTES ON THE BACK RIGHT SIDE OF HIS HEAD WITH THE WEAPON. THE FIRST OFFICER (OTERO) ON THE DRIVERS SIDE FURTHER BEGAN TO STRANGLE AND CHOKE MR. ESTES FORCEFULLY ABOUT THE FRONT OF HIS NECK WHILE THE OFFICER (MCDONNELL) ON THE PASSENGER SIDE OF THE VEHICLE REPEATEDLY PUNCHED MR. ESTES WITH CLOSED FISTS TO THE RIGHT SIDE OF HIS FACE AND RIGHT SIDE OF HIS BODY. THE TWO OFFICERS (OTERO) AND THIRD OFFICER (MCDERMOTT) ON THE DRIVERS SIDE THEN PROCEEDED TO TRY AND EXTRACT MR. ESTES FROM HIS VEHICLE BY WAY OF PULLING HIM FORCEFULLY OUT THE VEHICLE THROUGH THE DRIVERS SIDE WINDOW WHILE OFFICER (MCDERMOTT) GRASPING MR. ESTES' FACE AND SQUEEZING HIS NOSE WITH HIS HANDS WHILE OFFICER (OTERO) STILL STRANGLED HIM BY HIS NECK, PREVENTING HIS EXHALATION. MR. ESTES WAS THEN STRUCK BY OFFICER (MCDERMOTT) WITH HIS SIDE ARM GUN TO THE BACK LEFT SIDE OF HIS HEAD. MR. ESTES BEGAN TO LOSE CONSCIOUSNESS AND VOMIT

Revised 9/2007

IV.    **Statement of Claim:** (CONTINUED)

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

VIOLENTLY WHILE ALREADY PROFUSELY BLEEDING FROM the ONSLAUGHT OF CONTINUOUS STRIKES AND BLOWS TO HIS FACE AND HEAD FROM ALL three INITIAL OFFICERS SIMULTANEOUSLY BATTERING HIM. MR. ESTES BEGAN TO VAGUELY LOSE CONSCIOUSNESS AGAIN WHEN the TWO OFFICERS (OTERO AND McDERMOTT) TO THE DRIVER'S SIDE THEN OPENED THE DOOR AND PULLED MR. ESTES OUT the VEHICLE WHILE VIOLENTLY SLAMMING HIS FACE AND BODY ALONG SIDE THE DRIVERS SIDE OF THE VEHICLE ON DOWN TO THE PAVEMENT WHERE THEY CONTINUED TO ASSAULT AND BATTER HIM WITH KICKS AND PUNCHES TO HIS BODY AND FACE, AND WITH KNEE'S INTO HIS BACK. MR. ESTES LOSS CONSCIOUSNESS AND AWAKEN TO WITH A OFFICER (OTERO) STANDING ON TOP OF HIS LOWER BACK WHILE LEANING AGAINST THE PLAINTIFF'S VEHICLE IN A RESTING POSITION. MR. ESTES BEGAN TO PLEAD WITH THE PLAIN CLOTHES POLICE OFFICER (OTERO) TO "PLEASE GET OFF ME, I CANNOT BREATH", THE OFFICER (OTERO) ONLY THEN STEPPED OFF ON TOP OF MR. ESTEN AND PROCEEDED TO ABUSIVELY STRIP SEARCH HIS PERSON WHILE HE LAYED ON the GROUND HANDCUFFED FROM BEHIND IN A POOL OF MORE VOMIT AND BLOOD OF HIS OWN. THE OFFICER (OTERO) FORCEFULLY PULLED

Revised 9/2007

IV. **Statement of Claim:** (CONTINUED)

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

DOWN MR. ESTES PANTS BELOW HIS WAIST EXPOSING HIS PRIVATE INTIMATE AREA BODY PARTS, THEN USED HIS FOOT TO SPREAD APART MR. ESTES BUTTOKS, THEN USING HIS HAND TO DO SO, EXPOSING HIS RECTUM, AND FELT UP AND AROUND HIS GENITALIA AND TESTICALS WITH HIS HAND, WHILE MR. ESTES LAY ON THE GROUND STILL BREATHING AND CHOKING ERATICALLY AND TRYING TO REGAIN CONSCIOUSNESS FULLY. STILL HANDCUFFED FROM BEHIND, OFFICER (OTERO) THEN FORCEFULLY PULLED MR. ESTES PANTS BACK UP ABOVE HIS WAIST AND TURNED HIM OVER-UP-SIDE WHERE HE THEN NOTICED THE OTHER GROUP OF OFFICERS (MCDERMOTT, MCDOWELL, MCENERNEY, KENNEDY, OMARA, AND NEW) STANDING NEAR, SOME JUST STANDING OVER WATCHING OFFICER (OTERO) ACTIONS, AND OTHERS TRYING TO CONTAIN THE CROWD OF BYSTANDERS WHO WITNESSED THIS WHOLE ONSLAUGHT BY THESE OFFICERS TAKE PLACE. MOMENTS LATER MORE POLICE UNITS ARRIVED ON THE SCENE IN AN ATTEMPT TO CONTROL THE CROWD. THE OFFICERS IMMEDIATELY GATHERED IN A HUDDLE AMONGEST EACH OTHER AND SPOKE TO EACH OTHER IN HUSHED INAUDIBLE TONES. A POLICE COMMANDER APPROACHED AND THE OFFICER'S QUICKLY

4

Revised 9/2007

IV: STATEMENT OF CLAIM: (CONTINUED)

SAT MR. ESTES UPRIGHT AND THREATEN HIM WITH MORE VIOLENCE IF HE SPOKE TO THE POLICE COMMANDER ABOUT WHAT JUST TRANSPIRED. WHILE THE POLICE COMMANDER EXAMINED MR. ESTES INJURIES, HE THEN TURNED HIS ATTENTION TO THE POLICE OFFICERS STANDING OVER MR. ESTES AND NEARBY AND ASKED THEM WHAT HAPPENED AND OFFICER OTERO AND OFFICER MCDERMOTT STATED TO HIM - "Oh, WE KNOW THIS GUY", AND SOME OTHER RESPONSES WHICH MR. ESTES COULD NOT MAKE OUT. THE POLICE COMMANDER THEN TOLD THEM TO RADIO (CALL) FOR AN EMT (EMERGENCY MEDICAL TRANSPORT), WHILE THE POLICE COMMANDER WALKED AWAY, THE OFFICERS WHO INITIALLY ASSAULTED MR. ESTES BEGAN TO MAKE MENACING DEROGATORY AND RACIAL SLUR STATEMENTS TO HIM, STATING - "BLACK ████ FUCKER, YOU BETTER NOT HAVE AIDS", AND, "WHEN WAS THE LAST TIME YOU HAD AN AIDS TEST", AND, "WHAT DID YOU EAT, RICE OR SOMETHING", AS WELL AS OTHER OBSCENITY'S. MOMENTS LATER TWO MEDICAL PERSONNEL ARRIVED WITH A STRETCHER AND THEN BEGAN TO EXAMINE MR. ESTES HEAD AND FACE INJURIES WHICH WERE PROFUSELY BLEEDING. THE MEDICAL PERSONNEL THEN HELPED MR. ESTES UP ON TO THE STRETCHER, BUT THEN THE POLICE OFFICERS PROCEEDED TO INTERVENE AND GRAB MR. ESTES UP BY THE HANDCUFFS FROM BEHIND INFLICTING HIM MORE INJURY TO HIS WRISTS AND ARMS, AND FORCED HIM TO WALK THROUGH THE CROWD OF

Revised 9/2007

IV. STATEMENT OF CLAIM: (CONTINUED)

BYSTANDERS AND NEIGHBORS TO THE INSIDE OF THE AMBULANCE. MR. ESTES WAS THEN TRANSPORTED TO CHRIST MEDICAL HOSPITAL OF OAK LAWN, ILLINOIS TO BE TREATED FOR HIS INJURIES WHICH CONSISTED OF AN POTENTIAL CONCUSSION, HAVING TO RECIEVE (6) MEDICAL STAPLES (SUTTURES) TO THE GASHES IN HIS SKULL IN TWO SEPARATE PARTED SECTIONS, MULTIPLE MEDICAL STITCHES ABOVE HIS RIGHT EYE AND LOWER CHIN, SEVERE TRAUMA TO HIS RIGHT EYE AND BLACKEN BRUISED WHICH HAS RESULTED CORNEAL DAMAGE, MULTIPLE BRUISES ON HIS FACE, NECK, COLLARBONE, AND BODY, AND MULTIPLE ABRASIONS ON HIS KNEES, HANDS, WRISTS, ARMS, AND ELBOWS. MR. ESTES WAS ACCOMPANIED BY TWO POLICE OFFICERS, THE PLAINTIFF BELIEVES TO BE OFFICER OMARA AND OFFICER NEW, WHO REPEATEDLY ALONG THE LENGTH IN THERE CUSTODY IN THE AMBULANCE AND THE HOSPITAL REFUSED TO INFORM MR. ESTES WHAT HE WAS BEING ARRESTED FOR AS HE CONTINUOUSLY INQUIRED. THE OFFICERS (OMARA AND NEW) INSTEAD TAUNTED MR. ESTES ABOUT HIS INJURIES AND MADE JOKES TO ONE ANOTHER ALOUD ABOUT THEM, AND WENT AS FAR AS TO ASK THE DOCTOR (DR. MS. ANDERSON) TREATING HIM, CAN THEY APPLY THE STAPLES (SUTTURES) TO HIS HEAD, AND RUSHED HER AND OTHER STAFF THROUGH THE PROCEDURE IN THE DURATION OF HOSPITAL EMERGENCY ROOM STAY.

Revised 9/2007

IV. STATEMENT OF CLAIM: (CONTINUED)

AS A RESULT, MR. ESTES DID NOT RECIEVE PROPER PAIN MEDICATIONS FOR HIS INJURIES SUSTAINED. THE OFFICERS ALSO CONSISTENTLY QUESTIONED AND DEMANDED INFORMATION FROM HIM AS TO - "TELL US WHERE SOME DOPE AND GUNS ARE", AND, "WE'LL WORK IT OUT FOR YOU TO GET LET GO", AND, "WELL IF YOU CAN'T TELL US ANYTHING THAT'S GOING TO HELP US OUT, THEN WE CAN'T HELP YOU OUT", AND, "YOU KNOW HOW THIS GOES". WHEN MR. ESTES COULDN'T PROVIDE ANY INFORMATION FOR THEM, THE OFFICERS THEN REPLIED - "OH WELL THEN, I GUESS THEY'LL HAVE SOMETHING FOR YOU BACK AT THE STATION. ONE TO TWO HOURS LATER APPROXIMATELY, MR. ESTES WAS TAKEN TO THE 16th DISTRICT POLICE PRECINCT IN CHICAGO AND PLACED INTO A HOLDING CELL AND HANDCUFFED TO A TABLE. MOMENTS LATER TWO OR MORE CHICAGO POLICE OFFICERS THAT THE PLAINTIFF BELIEVES HE HAS HAD PREVIOUS FILED COMPLAINTS ON FOR REPEATED PREDICATE ACTS OF CALCULATED HARASSMENT, OR KIDNAPPING, ROBBERY, THREATS OF VIOLENCE AND LITIGATION, ASSAULT AND BATTERY, EXCESSIVE FORCE, FALSE ARREST AND MALICIOUS PROSECUTION, AND/OR MORE, AS WELL AS PREVIOUS SETTLED CIVIL LAWSUITS FOR THESE MATTERS OVER THE YEARS SINCE THE PLAINTIFF'S INITIAL FILING IN FEDERAL COURT OF CLAIMS AGAINST MEMBERS IN THE SAME PRECINCT AND S.O.S. (SPECIAL OPERATIONS SECTION) POLICE UNIT AS OF THE ARRESTING

IV. STATEMENT OF CLAIM: (CONTINUED)

OFFICERS. AND MORE PREVIOUSLY FILED INSTANCES WITHIN THE CITY OF CHICAGO AND STATE ADMINISTRATIVE DEPARTMENTS IN AN EFFORT TO DETER FURTHER OFFICIAL MISCONDUCT AND RETALIATION AGAINST HIM. THE OFFICER'S BEGAN TO ENTER INTO AND OUTSIDE OF THE HOLDING CELL WAVING, LAUGHING, POINTING AND TAUNTING MR. ESTES IN A MENACING MATTER, AND MAKING STATEMENTS SUCH AS "YOU GONE SUE US TOO", AND, "HOW MUCH DID YOU GET FROM US LAST TIME". AFTERWARDS THE INITIAL ARRESTING OFFICER (OTERO) CAME IN AND PROCEEDED TO FORCE MR. ESTES TO STRIP SEARCH BY WAY OF TO STAND UP AND PULL HIS PANTS DOWN AND EXPOSING HIMSELF. THE OFFICER THEN LEFT. A WHILE LATER A POLICE TECHNICIAN WITH A CAMERA CAME INTO THE HOLDING CELL AND TOOK PICTURES OF HIS INJURIES IN THE COMPANY OF THE ARRESTING OFFICERS (OTERO AND ███████ MCENERNEY). PLAINTIFF ESTES ASKED FOR A SUPERVISOR AT THAT MOMENT TO FILE A FORMAL COMPLAINT FOR POLICE ABUSE FOR THE ACTIONS OF THE OFFICERS, AND WAS IGNORED. MR. ESTES WAS ESCORTED TO THE BOOKING AREA WHERE HE WAS INFORMED BY THAT STAFF THERE OF THE CHARGES AGAINST HIM. ALL OF WHICH THE PLAINTIFF ASSERTS WAS NOT COMMITTED. MR. ESTES WAS PLACED INTO A HOLDING CELL AFTER BEING FINGERPRINTED, APPROXIMATELY AN HOUR OR LATER MR. ESTES BEGAN TO EXPERIENCE LONG CONTINUED

5

Revised 9/2007

IV. STATEMENT OF CLAIM: (CONTINUED)

Severe pain too unbearable from his injuries sustained, and complained to the staff on duty. He was then prep and transported back to Christ Medical Hospital of Oak Lawn, Illinois again to get properly treated for his injuries, and was returned hours later to the 6th District Police Precinct in Chicago where he was then transported to the Cook County Jail and is still awaiting trial for an amended charges of (2) counts of Posession of a Controlled Substance with intent to Deliever, (8) counts of Aggravated Battery to a peace officer, and (1) count of resisting arrest before the honorable Thomas Davy in the Circuit Court of Cook County, with respect to the filing date of this complaint.

## In Conclusion

- The Plaintiff, Vance Estes, further asserts that his claims are for but not limited to:

## Civil Rights Violations

1.) Civil Rights Violations committed by all named defendants in this herein complaint and the entities they represent while they acted and continue acting under color of law.

## Civil Rights Conspiracy

2.) Civil Rights Conspiracy by all named defendants in

Revised 9/2007

IV. STATEMENT OF CLAIM: (CONTINUED)

THIS HEREIN COMPLAINT WHEN (1) CONSPIRED TO OBSTRUCT THE DUE COURSE OF JUSTICE, AND/OR (2) CONSPIRED TO RETALIATE AGAINST PLAINTIFF ESTES FOR CIVIL LAWSUITS FILED IN THE PAST, (3) CONSPIRED FOR THE PURPOSE OF DEPRIVING THE PLAINTIFF OF EQUAL PROTECTIONS OF LAW, OR OF PRIVILEGES AND IMMUNITIES UNDER LAWS. (4) CONSPIRED TO COVER UP THE OFFICIAL MISCONDUCT OF/FOR THEIR PERSONAL RESPONSIBILITY'S AS SUPERVISORS OVER THEIR SUBORDINATES WHEN THEY REASONABLY KNEW AND/OR HAD DIRECT KNOWLEDGE OF THE UNLAWFULLY ON GOING PREDICATE ACTS OF INJUSTICE AGAINST THE PLAINTIFF AS WELL AS OTHER MEMBERS OF SOCIETY, AND FAILED TO STOP THEM DOING SO. (5) DEFENDANT McCARTHY, AT HIS DIRECTION, POLICY, AND/OR KNOWLEDGE AND CONSENT KNEW OF THE MISCONDUCT AND CONDONED IT, OR TURN A BLIND EYE TO IT CREATING A SUBSTANTIAL MOVING FORCE FOR RISK OF AND/OR INJURY TO THE PLAINTIFF FOR HIS FAILURE TO ACT REASONABLY TO AVERT IT, BEING THE MOST RECENT OF ACTS BY DEFENDANTS, McENERNEY, OTERO, McDERMOTH, McDONNELL, KENNEDY, OMARA, AND NEW.

## CIVIL RICO

3) CIVIL RICO ACT BY ALL DEFENDANTS NAMED IN THIS HEREIN COMPLAINT FOR (1) ENGAGING DIRECTLY IN PATTERN OF RACKETEERING IN MULTIPLE INSTANCES OVER THE COURSE OF YEARS SINCE 2005 AGAINST THE PLAINTIFF WHICH CAUSED HIM

Revised 9/2007

## RACIAL PROFILING AND RACIAL INTIMIDATION

7.) RACIAL PROFILING AND RACIAL INTIMIDATION COMMITTED AGAINST the Plaintiff By the Defendants when they Selectively Chose Mr. Estes As A Target in their Vinicity Because of His Race, As well As Made Repeated Demeaning Racial Slurs and Comments to Him while Acting in their Offical Duties.

## DELIBERATE INDIFFERENCE

8.) Deliberate indifference By All Defendants Named in this Herein Complaint As they Acted Also with (1) Reckless Indifference to the Plaintiff's Constitutional Rights and Acted with Intentional Malice with A Desire to Injure. (2) Defendant McCarthy Deliberate Indifference Towards Mr. Estes for failing to Act Against these Officers and the like with Records of Misusing Force Led to Excessive Force and other Claims Against the Plaintiff, As well As (3) Defendant McCarthy Showing Malice By Knowing these Officers Had History of Committing these Types of Vicious Acts in the Past and Still Kept these Rouge Police Officers Employed and on Street Duty. His Acquiescence As Supervisory Liability Shows Conduct that is Reckless and Callous Indifference to the Rights of the Plaintiff and other Members of Society for His Inactions to Properly Discipline, Prosecute, or otherwise, Deal with the Officers whom Committed the Offenses.

## GROSS NEGLIGENCE

Revised 9/2007

**I.V.** STATEMENT OF CLAIM: (CONTINUED)

A SUBSTANTIAL AND SIGNIFICANT INJURIES FROM THE ONGOING ACTS OF KIDNAPPING, ROBBERY, THREATING WITH VIOLENCE AND LITIGATION, CALCULATED HARASSMENT REPEATEDLY, AND RETALIATION FOR BEING A WITNESS AND/OR VICTIM AGAINST THEM. (2) FOR THE LOSSES SUSTAINED FROM THEIR RACKETEERING SCHEMES IN PREVIOUS CIVIL AND CRIMINAL LITIGATION TO DEFRAUD AND EXTRACT CASH AND INFORMATION FROM THE PLAINTIFF BY WAY OF BLACKMAIL (EXTORTION). (3) THE OBSCENE AND DEBRADING AND HUMILIATING MATTERS IN WHICH THEY CONDUCTED THESE ACTS ON MANY INSTANCES, THE PLAINTIFF WAS FOLLOWED IN HIS VEHICLE(S) BY S.O.S. UNIT MEMBERS OF THE SAME PRECINCT, THEY HAVE WAITED OUTSIDE HIS HOME, HE HAS BEEN CURBED BY THE POLICE OFFICER DEFENDANTS FOR NO REASON AT ALL BUT FOR HARASSMENT. (4) PLAINTIFF WAS, AND ASSERTS HE IS CURRENTLY FALSE IMPRISONED AS A RESULT OF THE DEFENDANTS RACKETEERING PATTERN. (5) PLAINTIFF WAS, AND IS CURRENTLY SUBJECTED TO INTENTIONAL INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONS BY WAY OF UNABLE TO WORK OR SEEK EMPLOYMENT. (6) THE PLAINTIFF ALSO INCURRED LOSSES FROM THE DEFENDANTS CONTINUOUS PREDICATE ACTS OF HIS VEHICLE, HIS HOME, JOB OF EMPLOYMENT, AND SIGNIFICANT RELATIONSHIPS WITH HIS TWO YOUNG CHILDREN AND FAMILY. (7) ALL THE DEFENDANTS, OFFICERS

Revised 9/2007

IV. STATEMENT OF CLAIM: (CONTINUED)

AND SUPERINTENDENT McCARTHY ARE All DIRECTLY ASSOCIATED AND/OR BEING HELD ACCOUNTABLE WITH THESE ROUGE POLICE OFFICERS UNIT (SPECIAL OPERATIONS SECTION, AS FOR THE CLAIMS STATED IN THIS HEREIN COMPLAINT AS THEY ACTIVELY PARTICIPATED IN All ACTS AGAINST THE PLAINTIFF, AS WELL AS AIDED IN THE BEATING OF THE, PLAINTIFF, AND OTHER POLICE ABUSE INTERRELATED ACTS. (8) DEFENDANTS PARTICIPATED DIRECTLY AND INDIRECTLY IN THERE FIDUCIARY DUTY BREACH OF PREDICATE ACTS OF CONSPIRACY, EXTORTION, LITIGATION AND VIOLENCE THREATS, OBSCENITY'S, AND OBSTRUCTION OF JUSTICE, AND DEFENDANT McCARTHY FAILING TO INTERVENE AND AVERT OFFENSES FROM HAPPENING AGAIN.

## EXCESSIVE FORCE

4.) UNLAWFUL FORCE INTENTIONALLY INFLICTED UPON THE PLAINTIFF BY THE DEFENDANTS (1) INTENDED TO CAUSE SEVERE BODILY HARM AND INJURY TO HIM. (2) DEFENDANT McCARTHY FOR BEING THE MOVING FORCE BEHIND THE OFFENSES COMMITTED BY SETTING A POLICY OF UNLAWFUL FORCE THAT GOES SEEMINGLY UNPUNISHED WITHIN THE CHICAGO POLICE DEPARTMENT. (3) THE BRUTE EXCESSIVE FORCE USED BY THE POLICE OFFICERS THE EVENING OF SEPTEMBER 1, 2013, AGAINST MR. ESTES, BY WHICH HE WAS HOSPITALIZED AS A RESULT OF THE ONSLAUGHT BEATING, AND PISTOL WHIPPING THE DEFENDANTS USED TO MAKE AN SUBSEQUENT ARREST

Revised 9/2007

5

IV. STATEMENT OF CLAIM: (CONTINUED)

WHILE IN THEIR OFFICIAL DUTIES. (3) DEFENDANTS ABUSING THEIR INHERENT POWERS AND SCOPE OF DUTIES TO COMMIT OFFENSES AGAINST THE PLAINTIFF, ON NUMEROUS OCCASIONS CAUSING DIRECT INJURIES TO HIS HEALTH, SAFETY, AND GENERAL WELFARE.

## ASSAULT AND BATTERY

5.) AGGRAVATING FACTORS OF ASSAULT AND BATTERY COMMITTED BY THE POLICE OFFICERS DEFENDANTS AGAINST THE PLAINTIFF, FOR KNOWINGLY STRANGLING HIM ABOUT HIS NECK, PISTOL WHIPPING HIM ABOUT HIS HEAD, PUNCHING HIM WITH CLOSED FISTS AND KICKING HIM INTO UNCONSCIOUSNESS WITH EVERY INTENTION TO CAUSE HIM GREAT BODILY HARM WHILE ACTING IN THEIR OFFICIAL DUTIES. AGGRAVATING FACTORS ALSO SUCH AS THE ABUSIVE RAVISH SEXUAL CONTACT OF MR. ESTES INTIMATE BODY PARTS WITHOUT HIS CONSENT WHILE HE WAS ON THE GROUND STILL HANDCUFFED FROM BEHIND DURING STRIP SEARCH.

## UNLAWFUL STRIP SEARCH

6.) UNLAWFUL STRIP SEARCH ABUSIVELY CONDUCTED BY THE POLICE OFFICERS DEFENDANTS AGAINST THE PLAINTIFF ON TWO OCCASIONS IN (1) A WAY OF THAT DID NOT PROVIDE HIM WITH MINIMAL EMBARRASSMENT AND HE WAS NOT AFFORDED THE PRESENCE OF SANITARY CONDITIONS, (2) AND WERE DONE WITHOUT THE CONSENT OF A SUPERVISORY SUPERIOR OFFICER, CAUSING THE PLAINTIFF A GREATLY HUMILIATING TORTURIOUS EXPERIENCE.

5

Revised 9/2007

9.) Gross Negligence by Defendant McCarthy after (1) being informed of the violations through Annual Reports or Appeals, failed to Remedy the wrongs being Committed by members in the Department he has Direct Supervisory over, and (2) Allowed the Continuance of such a Policy or Custom that Exists Deliberate Indifference to the Rights of Citizens, As (3) Defendant McCarthy Failure to Discipline his Lower Subordinates For their Unlawful Acts in Previous Acts was the Moving Force behind the Malicious and Sadistic Attacks on the Plaintiff, As the Unpunished Crimes tended to Breed More Criminal Activity by these Officers.

## Delayed Medical Attention

10.) Medical Attention Impeded upon by the Officers Defendants on More than one occasion after the initial Attack on the Plaintiff the evening of September 1, 2013, As Defendants interfered in the Duties of the Medical Personnel Performing their Medical Emergency Procedures on the Plaintiff, On the scene, and at the Hospital.

## Retaliation and Intimidation of a Witness/Victim

11.) Retaliation and Intimidation of a Witness/Victim Committed Against Plaintiff by All Defendants named in this Herein Complaint As, (1) the Police Officers have Repeatedly Gone beyond the scope of there Official Duties to Retaliate

Revised 9/2007

IV. STATEMENT OF CLAIM...(CONTINUED)

AGAINST MR. ESTES FOR HIS PAST FILED COMPLAINTS AND CIVIL LAWSUITS AGAINST MEMBERS IN THE SAME PRECINCT FOR THEIR OFFICIAL MISCONDUCTS COMMITTED AGAINST MR. ESTES AND HIS FAMILY. (2) DEFENDANTS HAVE REPEATEDLY MADE A SHOW OF INTIMIDATING PRESENCE TO INSTILL FEAR AND INTENTIONAL MENTAL ANGUISH UPON MR. ESTES TO FURTHER DETER HIM FROM SPEAKING OUT ABOUT THE INJUSTICES COMMITTED AGAINST HIM BY CHICAGO POLICE OFFICERS.

## DEFAMATION OF CHARACTER

(2) DEFAMATION OF CHARACTER BY THE POLICE OFFICERS DEFENDANTS NAMED IN THIS HEREIN COMPLAINT FOR (1) FALSELY ADMISSIONING THE PLAINTIFF, VANCE ESTES AS A "LOWDEN HOMES GANGSTER DISCIPLE (GANG MEMBER" ON A OFFICIAL COURT DOCUMENT (ARREST REPORT), AND, (2) MALICIOUS ENTRY OF SAID ADMISSION INTO A MAJOR CRIME DATABASE SYSTEM USED BY ALL LAW ENFORCEMENT AGENCIES (CLEAR LEADS), WITH AND/OR WHEN NO EVIDENCE OF SUCH ADMISSION EXISTED NOR WAS EVER MADE BY MR. ESTES AND/OR SUPPORTED PROOF THEREOF. (3) THE RACIALLY CHARGED / PROFILED DOCUMENT STATEMENT WAS ENTERED INTO CLEAR LEADS DATABASE BY THESE, AND/OR OFFICERS FROM THE SAME PRECINCT AS ARRESTING OFFICERS IN AN ATTEMPT TO CAUSE IRREPARABLE HARM AND CONSEQUENCES TO THE PLAINTIFF'S WELL BEING AND DAMAGES, AS WELL AS TARNISH HIS IMAGE, AS AN UNFAIR ADVANTAGE, TO HIS DEFENSES, AND CONTINUING POTENTIAL

Revised 9/2007

IV. STATEMENT OF CLAIM (CONTINUED)

INJURY BY STATING HE IS A GANGMEMBER IN A CRIMINAL AND CIVIL COURT PROCEEDINGS. (4) THE INVASION OF PRIVACY BY THE DEFENDANTS FOR PURPOSELY PLACING the PLAINTIFF IN A FALSE LIGHT IN the PUBLIC EYE BY ASSOCIATING HIM WITH BELIEFS OR ACTIVITIES OR A MEMBER OF WITH WHICH HE HAS NO CONNECTION. (ARREST REPORT DOCUMENT AND ENTRY DATE ON SEPTEMBER 1, 2013).

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13.) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY ALL DEFENDANTS NAMED IN THIS HEREIN COMPLAINT FOR THEIR DIRECT AND INDIRECT ACTIONS INFLICTED UPON AGAINST THE PLAINTIFF WHICH HAS CAUSED HIM EXTENDED EXTREME PERSONAL SUFFERING AND DEPRIVATIONS BECAUSE OF THEIR INTENTIONAL AND/OR NEGLIGENT ACTIONS WHILE IN THEIR OFFICIAL DUTIES. THE CONTINUOUS EXTREME DISTRESS THE PLAINTIFF HAS SUFFERED AS A DIRECT RESULT HAS BEEN POTENTIALLY DIAGNOSED BY PHYSICIANS AS HAVING PTSD (POST-TRAUMATIC STRESS DISORDER) SYMPTOMS FROM the ONGOING ORDEALS, AND IS SEEKING FURTHER TREATMENT AND CARE FOR.

Revised 9/2007

V. **Relief:** *(1 OF 2)*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) GRANT COMPENSATORY DAMAGES, AMOUNT TO BE DETERMINED AT A LATER DATE.

2.) GRANT PUNITIVE DAMAGES, AMOUNT TO BE DETERMINED AT A LATER DATE.

3.) GRANT TREBLE DAMAGES, AMOUNT TO BE DETERMINED AT A LATER DATE

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __21__ day of __AUGUST__, 20 __14__

_____
(Signature of plaintiff or plaintiffs)

_____VANCE ESTES_____
(Print name)

_____20130902080_____
(I.D. Number)
_____2700 S. CALIFORNIA, AVE._____
_____COOK COUNTY JAIL - DIVISION 11_____
_____CHICAGO, IL. 60608_____
(Address)

**V.**    **Relief:** (2 OF 2)

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

4.) AN INJUNCTION ORDER FOR EXPUNGMENT OF THE PLAINTIFF'S CRIMINAL RECORDS/HISTORY OF ALL ARREST AND/OR CONVICTIONS OF SUBSEQUENTAI INCIDENTS INVOLVING MEMBERS OF CHICAGO POLICE, 6th DISTRICT PRECINCT.

5.) AN INJUNCTION ORDER FOR TEMPORARY RESTRAINING ORDER AND/OR ORDER OF PROTECTION AGAINST ALL CHICAGO POLICE, OFFICERS, DEFENDANTS AND ITS MEMBERS OF THE 6th DISTRICT PRECINCT TO PREVENT FROM FURTHER IRREPARABLE HARM.

**VI.**    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _21_ day of _AUGUST_, 20 _14_

_Vance E___

(Signature of plaintiff or plaintiffs)

_VANCE ESTES_

(Print name)

_20130902080_

(I.D. Number)

_2700 S. CALIFORNIA, Ave._

_COOK COUNTY JAIL - DIVISION 11_

_CHICAGO, IL. 60608_

(Address)

6

Revised 9/2007

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

[EXHIBIT A]

PAGE ___ OF ___

VANCE ESTES
PLAINTIFF,

V.

OFFICER MCENERNEY, ETAL.
DEFENDANTS,

CASE NO: 14 CV 1374

HON. JUDGE DARRAH

MAG. JUDGE MASON

## AFFIDAVIT

I, VANCE ESTES, WAS SEVERLY BEATEN AND HOSPITALIZED AS A RESULT BY CHICAGO POLICE OFFICERS OF THE 6th DISTRICT PRECINCT ON THE EVENING OF SEPT. 1st, 2013, AND FRAMED FOR CRIMES I DID NOT COMMIT. I FURTHERLY ASSERT THAT IT WAS DONE BRUTALLY BY THE OFFICERS FIREARMS, BEING STRANGLED, REPEATEDLY PUNCHED AND KICKED UNTIL I WAS UNCONSCIOUS, INSIDE AND THE OUTSIDE OF MY VEHICLE WHILE I WAITED FOR A CARWASH BY A LOCAL NEIGHBOR NAMED MR. NIXON, AND WAS STRIPPED SEARCHED AND SEXUALLY ASSAULTED BY THE OFFICERS. THESE SAME OFFICERS AND/OR MEMBERS FROM THEIR SAME UNIT IN THE 6th DISTRICT PRECINCT HAVE REPEATEDLY STALKED ME, HARASSED ME, THREATEN ME WITH VIOLENT ACTS, SEXUAL OBSCENE GESTURES, AND LENGHTY PRISON SENTENCES OF CRIMES I NEVER COMMITTED, CHARGED ME FOR CRIMES I DID NOT COMMIT, BEATEN ME, EXORTED MONEY AND INFORMATION FROM ME, ROBBED AND KIDNAPPED ME, RETALIATED AGAINST ME FOR CIVIL LAWSUITS AND COMPLAINTS I HAVE FILED ON THEM AND THEIR CO-WORKERS IN THE PAST YEARS. THEY HAVE MADE NUMEROUS ATTEMPTS TO INTIMIDATE ME AND MY FAMILY AND FRIENDS WITH BLACKMAIL AND COERCION FOR US NOT TO VOICE ABOUT THEIR DEMEANING, HUMILIATING, AS WELL AS UNLAWFUL ACTS. I HAVE TRUELY LIVED IN DEEP FEAR FOR MY SAFETY AND WELL BEING BECAUSE OF THESE SADISTIC POLICE OFFICERS CONTINUOUS LAWLESS ACTS AGAINST ME AND

*MY LOVED ONES.*

STATE OF ILLINOIS } SERVICE:
} S.S. 28 U.S.C. 1746
COUNTY OF COOK }

     I SWEAR UNDER PENALTY OF PERJURY that ALL
STATEMENTS MADE HERE ON THIS AFFIDAVIT DOCUMENT ARE TRUE AND
TO THE BEST OF MY KNOWLEDGE, MADE ON THIS HERE 30th DAY OF JUNE, 2014

_____
SIGNATURE

PAGE 37 OF 38

# CERTIFICATE OF SERVICE

I, VANCE ESTES, SWEAR UNDER PENALTY OF PERJURY that I
SERVED A COPY OF THE ATTACHED DOCUMENTS ON JESSICA
L. GRIFF, COUNSEL FOR DEFENDANT(S); McENERNEY, McDONNELL,
KENNEDY, OMARA, AND McCARTHY, BY PLACING IT IN VIA the U.S.
MAIL AT THE Cook County DEPT. OF CORRECTIONS ON THIS
DATE OF AUGUST 21ST, 2014.

VANCE ESTES

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VANCE ESTES
                    PLAINTIFF,

        V.

OFFICER McENERNEY, ETAl.
                    DEFENDANTS,

CASE NO. 14CV1374
HON. JUDGE DARRAH
MAG. JUDGE MASON

## NOTICE OF FILINGS

TO: DEFENDANT(S) COUNSEL-JESSICA L. GRIFF
ASST. CORP. COUNSEL
30 N. LASALLE STREET, SUITE, 900
CHICAGO, IL. 60608

**RECEIVED**

SEP 0 9 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ON AUGUST 21, 2014, I FILED PLAINTIFF'S AMENDED COMPLAINT,
AND ATTACHED EXHIBIT(S) COPIES VIA THE U.S. MAIL TO THE UNITED
STATES DISTRICT COURT CLERK'S OFFICE, ALL COPIES OF WHICH
IS HEREBY SERVED UPON YOU.

DATED: AUGUST 21, 2014.

BY: Vance Estes
VANCE ESTES, PLAINTIFF
2700 S. CALIFORNIA, AVE.
CHICAGO, IL. 60608